INDIRAJITH S. (JITH) MEGANATHAN (SBN: 233141)
CENTRAL CALIFORNIA LEGAL SERVICES, INC.
208 W. Main Street, Suite U-1
Visalia, California 93291
Telephone: 559/733-8770
Facsimile: 559/635-8096

MARTIN R. GLICK (SBN: 40187)
AMY L. BOMSE (SBN: 218669)*)*
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Plaintiff MARIA G. HERRERA

LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHERINE A. ALBERTS, ESQ. (SBN: 212825)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:   (925) 974-8601

Attorneys for Defendants
THOMAS GIAMPIETRO, and MONSON-SULTANA
JOINT UNION ELEMENTARY SCHOOL DISTRICT

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARIA G. HERRERA, an individual, | Case No.:   1:09-CV-01466-OWW-SKO |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| | **(FRCP 41(a)(1)(ii)** |
| THOMAS GIAMPIETRO, et al., | |
| Defendants. | |

---

STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE

1

THE PARTIES BY AND THROUGH THEIR UNDERSIGNED COUNSEL OF RECORD DO HEREBY STIPULATE AND AGREE THAT pursuant to the terms of the settlement agreement reached between the parties, this action shall be dismissed in its entirety with prejudice; each party to bear his, her or its own costs and attorneys' fees.

IT IS SO STIPULATED:

Dated: __5/31/11__        **CENTRAL CALIFORNIA LEGAL SERVICES, INC**

_____/s/ Indirajith Meganathan_____
INDIRAJITH S. MEGANATHAN
Attorney for Plaintiff MARIA HERRERA

Dated: __5/31/11__        **HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN**

_____/s/ Amy Bomse_____
AMY L. BOMSE
Attorney for Plaintiff MARIA HERRERA

Dated: __6/10/11__        **STUBBS & LEONE**

_____/s/ Louis A. Leone_____
LOUIS A. LEONE, ESQ.
Attorneys for Defendants THOMAS GIAMPIETRO, and MONSON-SULTANA JOINT UNION ELEMENTARY SCHOOL DISTRICT

///

///

STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE

**ORDER**

Pursuant to the stipulation of the parties, this action is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  Each party shall bear his, her or its own costs and attorneys' fees.



IT IS SO ORDERED.

Dated:   **June 10, 2011**                        **/s/ Oliver W. Wanger**
                                                                    UNITED STATES DISTRICT JUDGE